**JESSE S. KAPLAN   CSB#103726**
**5441 Fair Oaks Bl. Ste. C-1**
**Carmichael, CA   95608**
**916/488-3030**
**916/489-9297 fax**

**Attorney for Plaintiff**
**DANIEL FISCHL**

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

-o0O0o-

| | |
|---|---|
| DANIEL FISCHL, | No.   2:16-CV-02320-CMK |
| Plaintiff, | STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |
| v. | |
| NANCY BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court, that plaintiff's time to file a motion for summary judgment is extended to August 18, 2017.

This is a first extension but after the due-date under the scheduling order. The extension is caused by plaintiff's counsel's work-schedule including federal court briefs.

[Pleading Title] - 1

Dated:   August 3, 2017                                  /s/     *Jesse S. Kaplan*
                                                         JESSE S. KAPLAN
                                                         Attorney for Plaintiff


                                                         PHILLIP A. TALBERT
                                                         United States Attorney
                                                         DEBORAH LEE STACHEL
                                                         Regional Counsel, Region IX
                                                         Social Security Administration

Dated:  August 3, 2017                                    */s/ per e-mail authorization*

                                                         ADAM LAZAR
                                                         Special Assistant U.S. Attorney
                                                         Attorney for Defendant


## **ORDER**

For good cause shown on the basis of this stipulation, the requested extension of plaintiff's time to file a motion for summary judgment brief is extended to August 18, 2017.

SO ORDERED.


Dated:  August 10, 2017

                                                         _____
                                                         CRAIG M. KELLISON
                                                         UNITED STATES MAGISTRATE JUDGE