**JESSE S. KAPLAN   CSB#103726**
**5441 Fair Oaks Bl. Ste. C-1**
**Carmichael, CA   95608**
**916/488-3030**
**916/489-9297 fax**

**Attorney for Plaintiff**
**DANIEL FISCHL**

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

-o0O0o-

| | |
|---|---|
| DANIEL FISCHL, | No.   2:16-CV-02320-CMK |
| Plaintiff, | STIPULATION AND ORDER FOR SECOND EXTENSION OF TIME TO FILE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |
| v. | |
| NANCY BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court, that plaintiff's time to file a motion for summary judgment is extended from August 18, 2017, to August 25, 2017.

This is a second extension but only from a Friday to a Monday, necessitated by plaintiff's counsel's schedule, including the unexpected need to draft a prehearing brief on Friday the 18th.

Dated: August 18, 2017 /s/ *Jesse S. Kaplan*
JESSE S. KAPLAN
Attorney for Plaintiff

PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Counsel, Region IX
Social Security Administration

Dated: August 18, 2017 */s/ per e-mail authorization*
ADAM LAZAR
Special Assistant U.S. Attorney
Attorney for Defendant

## ORDER

For good cause shown on the basis of this stipulation, the requested extension of plaintiff's time to file a motion for summary judgment brief is extended to August 25, 2017.

SO ORDERED.

Dated: August 23, 2017

CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE