PHILIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
ADAM LAZAR, CSBN 237485
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 268-5601
    Facsimile: (415) 744-0134
    E-Mail: adam.lazar@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| DANIEL FISCHL, | Case No.: 2:16-cv-02320-CMK |
| Plaintiff, | **JOINT STUPULATION AND ORDER FOR EXTENSION OF TIME** |
| vs. | |
| NANCY A. BERRYHILL<br>Acting Commissioner of Social Security, | |
| Defendant. | |

    Defendant Nancy A. Berryhill, Acting Commissioner of Social Security ("Defendant") respectfully requests that the Court extend the time for Defendant to file a responsive pleading to Plaintiff's Motion for Summary Judgment, currently due on October 25, 2017, by fourteen days, to November 8, 2017. This brief extension is so the parties may continue discussing resolution of the case. The request is made in good faith with no intention to unduly delay the proceedings. Counsel's office conferred with Plaintiff's counsel, who had no objection to this request, on October 24, 2017.

| | | |
|---|---|---|
| Dated: October 24, 2017 | | Respectfully submitted,<br><br>PHILIP A. TALBERT<br>United States Attorney<br>DEBORAH LEE STACHEL<br>Regional Chief Counsel, Region IX<br>Social Security Administration |
| | By: | /s/ *Adam Lazar*<br>ADAM LAZAR<br>Special Assistant U.S. Attorney<br><br>Attorneys for Defendant |
| Dated: October 24, 2017 | By: | /s/ *Jesse Kaplan**<br>JESSE KAPLAN<br>(*by email authorization)<br><br>Attorney for Plaintiff |

**ORDER**

IT IS SO ORDERED.

Dated: October 27, 2017

CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE