PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
ADAM LAZAR, CA SBN 237485
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: 415-268-5601
    Facsimile: 415-744-0134
    E-Mail: Adam.lazar@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL FISCHL,<br><br>    Plaintiff,<br><br>    v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | No. 2:16-cv-02320-CMK<br><br>**STIPULATION FOR REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND FOR ENTRY OF JUDGMENT; ORDER** |

    IT IS HEREBY STIPULATED, by and between Daniel Fischl (Plaintiff) and Nancy A. Berryhill, Acting Commissioner of Social Security (the Commissioner or Defendant), through their respective counsel of record, that this action be remanded for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. section 405(g), sentence four.

On remand, the Commissioner will conduct any necessary further proceedings, including a determination as to whether Plaintiff met the criteria of Listing 12.05, 20 C.F.R. § 404, Subpart P, Appendix 1, for the period at issue in this matter.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

DATE: October 26, 2017	Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

/s/ *Adam Lazar*
ADAM LAZAR
Special Assistant United States Attorney

DATE: October 26, 2017	Respectfully submitted,

s/ *Jesse Kaplan*
JESSE KAPLAN
Attorney for Plaintiff
(per email authorization)

# ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: October 27, 2017

CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE

Stipulation for Voluntary Remand, No. 2:16-cv-02320-CMK