# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL FISCHL, | No. 2:16-CV-2320-DMC |
| Plaintiff, | |
| v. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Plaintiff, who is proceeding with retained counsel, brought this action for judicial review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g). Final judgment was entered on October 30, 2018, remanding this matter for further proceedings. Pending before the court is plaintiff's unopposed motion for attorney's fees under the Equal Access to Justice Act (EAJA) (Doc. 25).

///
///
///
///
///
///

Given the lack of any opposition from the Commissioner, the reasonableness of the fees sought, and good cause appearing therefor, plaintiff's motion is granted. Plaintiff is awarded EAJA attorney's fees in the amount of $2,456.79, payable directly to plaintiff by the Commissioner within 65 days of the date of this order. See Astrue v. Ratliff, 130 S.Ct. 2521 (2010).

IT IS SO ORDERED.

Dated: December 18, 2018

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE